# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-0701-BMJ |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant denying Plaintiff's application for supplemental security income is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 10th day of April, 2019.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE